IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE D. JACKSON, #1127769, </br></br>   Plaintiff(s), </br></br>   v. </br></br> KEVIN CHAPPELL, Warden, et al., </br></br>   Defendant(s). | No. C 15-0287 CRB (PR) </br></br> ORDER GRANTING MOTION FOR EXTENSION OF TIME </br></br> (Dkt. #26) |

Per order filed on October 14, 2015, the court granted defendants' motion to dismiss and dismissed the instant action without prejudice to plaintiff amending his earlier pending actions <u>Jackson v. France</u>, No. C 14-3108 CRB (PR), and <u>Jackson v. Szmaciarz</u>, No. 15-0194 CRB (PR), to include any supervisory liability claims against Chappell, Barnes and Yates that are connected to the underlying claims in the earlier actions, within 28 days.

Good cause appearing, plaintiff's motion for an extension of time to amend (dkt. #26) is GRANTED.  Plaintiff may move to amend his two earlier pending motions, as set forth above, by no later than January 8, 2016.  <u>No further extensions of time will be granted</u>.

SO ORDERED.

DATED: 11/24/2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.15\Jackson, C.15-0287.eot.wpd